FILED
2024 Jan-12 AM 10:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: JULIE PEARCE**
**1/10/2024 4:38:49 PM**

alacourt.com

County: **01** Case Number: **CV-2023-904343.00** Court Action:
Style: **ARTIS WAYNE MURPHY V. WAL-MART INC.**

Real Time

## Case

### Case Information

County: **01-JEFFERSON - BIRMINGHAM** Case Number: **CV-2023-904343.00** Judge: **PJB:PAT BALLARD**
Style: **ARTIS WAYNE MURPHY V. WAL-MART INC.**
Filed: **12/01/2023** Case Status: **ACTIVE** Case Type: **NEGLIGENCE-GENERAL**
Trial Type: **BENCH** Track: Appellate Case: **0**
No of Plaintiffs: **1** No of Defendants: **1**

### Damages

Damage Amt: **0.00** Punitive Damages: **0.00** General Damages: **0.00**
No Damages: Compensatory Damages: **0.00**
Pay To: Payment Frequency: Cost Paid By:

### Court Action

Court Action Code: Court Action Desc: Court Action Date:
Num of Trial days: **0** Num of Liens: **0** Judgment For:
Dispositon Date of Appeal: Disposition Judge: **:** Disposition Type:
Revised Judgement Date: Minstral: Appeal Date:
Date Trial Began but No Verdict (TBNV1):
Date Trial Began but No Verdict (TBNV2):

### Comments

Comment 1:
Comment 2:

### Appeal Information

Appeal Date: Appeal Case Number: Appeal Court:
Appeal Status: Orgin Of Appeal:
Appeal To: Appeal To Desc: LowerCourt Appeal Date:
Disposition Date Of Appeal: Disposition Type Of Appeal:

### Administrative Information

Transfer to Admin Doc Date: Transfer Reason: Transfer Desc:
Number of Subponeas: Last Update: **12/01/2023** Updated By: **DOG**

## Parties

## Party 1 - Plaintiff INDIVIDUAL - MURPHY ARTIS WAYNE

### Party Information

Party: **C001-Plaintiff** Name: **MURPHY ARTIS WAYNE** Type: **I-INDIVIDUAL**
Index: **D WAL-MART INC** Alt Name: Hardship: **No** JID: **PJB**
Address 1: **1420 FINLEY AVENUE** Phone: **(205) 000-0000**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address 2: | | | | | | | |
| City: | **BIRMINGHAM** | State: | **AL** | Zip: | **35204-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Issued: | | Issued Type: | | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## *Party 2 - Defendant BUSINESS - WAL-MART INC.*

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **WAL-MART INC.** | | | Type: | **B-BUSINESS** |
| Index: | **C MURPHY ARTIS** | Alt Name: | | Hardship: | **No** | JID: | **PJB** |
| Address 1: | **702 S.W. 8TH STREET** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | | | | | | | |
| City: | **BENTONVILLE** | State: | **AR** | Zip: | **72716-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Issued: | **12/01/2023** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | **12/12/2023** | Service Type | **C-CERTIFIED MAIL** | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## *Financial*

### *Fee Sheet*

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $10.21 | $10.21 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $306.00 | $306.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $361.21 | $361.21 | $0.00 | $0.00 | |

## Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/2023 | RECEIPT | AOCC | 2024044 | 32802900 | $10.21 | C001 | 000 | | N | | | DOG |
| 12/01/2023 | RECEIPT | CV05 | 2024044 | 32802901 | $306.00 | C001 | 000 | | N | | | DOG |
| 12/01/2023 | RECEIPT | VADM | 2024044 | 32802902 | $45.00 | C001 | 000 | | N | | | DOG |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 12/1/2023 | 12:12 PM | ECOMP | COMPLAINT E-FILED. | 000000 |
| 12/1/2023 | 12:24 PM | FILE | FILED THIS DATE: 12/01/2023 (AV01) | DOG |
| 12/1/2023 | 12:24 PM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | DOG |
| 12/1/2023 | 12:24 PM | ASSJ | ASSIGNED TO JUDGE: PAT BALLARD (AV01) | DOG |
| 12/1/2023 | 12:24 PM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | DOG |
| 12/1/2023 | 12:24 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | DOG |
| 12/1/2023 | 12:24 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | DOG |
| 12/1/2023 | 12:24 PM | ORIG | ORIGIN: INITIAL FILING (AV01) | DOG |
| 12/1/2023 | 12:25 PM | C001 | C001 PARTY ADDED: MURPHY ARTIS WAYNE (AV02) | DOG |
| 12/1/2023 | 12:25 PM | C001 | INDIGENT FLAG SET TO: N (AV02) | DOG |
| 12/1/2023 | 12:25 PM | C001 | LISTED AS ATTORNEY FOR C001: PRO SE (AV02) | DOG |
| 12/1/2023 | 12:25 PM | C001 | C001 E-ORDER FLAG SET TO "Y" (AV02) | DOG |
| 12/1/2023 | 12:25 PM | D001 | D001 PARTY ADDED: WAL-MART INC. (AV02) | DOG |
| 12/1/2023 | 12:25 PM | D001 | INDIGENT FLAG SET TO: N (AV02) | DOG |
| 12/1/2023 | 12:25 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | DOG |
| 12/1/2023 | 12:26 PM | D001 | CERTIFIED MAI ISSUED: 12/01/2023 TO D001 (AV02) | DOG |
| 12/1/2023 | 12:26 PM | D001 | D001 E-ORDER FLAG SET TO "Y" (AV02) | DOG |
| 12/4/2023 | 10:30 AM | ESCAN | SCAN - FILED 12/4/2023 - NOTICE | KAD |
| 12/20/2023 | 8:38 AM | D001 | SERVICE OF CERTIFIED MAI ON 12/12/2023 FOR D001 | KAD |
| 12/20/2023 | 8:38 AM | ESERC | SERVICE RETURN | KAD |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 12/1/2023 12:12:22 PM | 1 | MISC. DOCUMENT | Cover Sheet/Circuit Court | 1 |
| 12/1/2023 12:12:23 PM | 2 | COMPLAINT | | 17 |
| 12/1/2023 12:12:24 PM | 3 | MISC. DOCUMENT | summons/civil | 2 |
| 12/1/2023 12:26:41 PM | 4 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 12/1/2023 12:26:42 PM | 5 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 12/4/2023 10:30:43 AM | 6 | NOTICE | TO CLERK | 2 |
| 12/20/2023 8:38:52 AM | 7 | SERVICE RETURN | SERVICE RETURN | 2 |
| 12/20/2023 8:39:11 AM | 8 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |

***END OF THE REPORT***

ELECTRONICALLY FILED
12/1/2023 12:12 PM
01-CV-2023-904343.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

State of Alabama
Unified Judicial System

Form ARCiv-93 Rev.9/18

# COVER SHEET
## CIRCUIT COURT – CIVIL CASE
(Not For Domestic Relations Cases)

Case Number: ___ ___ ___ - ___

Date of Filing: Month Day Year

Judge Code:

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF JEFFERSON, ALABAMA
(Name of County)

Artis W. Murphy v. Wal-Mart Inc.
Plaintiff Defendant

First Plaintiff ☐ Business ☑ Individual ☐ Government ☐ Other

First Defendant ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☒ TBFM - Fraud/Bad Faith/Misrepresentation
- ☒ TOXX - Other: Negligence Record Keeping

AM AF

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ LORP - Petition for Order of Limited Relief
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (*check one*): F ☐ INITIAL FILING A ☐ APPEAL FROM DISTRICT COURT O ☐ OTHER: ________
R ☐ REMANDED T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO

Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: ☐☐☐☐☐☐

12/1/2023
Date

[signature]
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ Yes ☐ No

ELECTRONICALLY FILED
12/1/2023 12:12 PM
01-CV-2023-904343.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

NOVEMBER 30, 2023

RE: LETTER FOR ILLEGALLY WITHHOLDING
PROPERTY BY WAL-MART ON NOV. 18, 2023
ADDRESS: 2780 JOHN HAWKINS PKWY,
HOOVER, AL 35244

TO WHOM IT MAY CONCERN,

I, ARTIS W. MURPHY, PURCHASED A 43"
HISENSE TV FROM WALMART GARDENDALE, AL
AT 890 ODUM RD, GARDENDALE, AL 35071. ON
NOVEMBER 2, 2023. MERCHANT: WAL-MART SC (0201)
IN THE AMOUNT OF $250.80 (INCLUDING TAX).

I DELIVERED SAID TV TO ADDRESS 264
OXMOOR PL, B'HAM, AL 35211 FOR SAFE
KEEPING UNTIL CHRISTMAS, THE HOME OF
MS. RONONDA JONES.

PRIOR TO THAT PURCHASE, I ORDERED ON LINE (3) PRIOR TV'S TO THAT ADDRESS 264 OXMOOR PL, B'HAM, AL 35211, HOME OF MS. RONONDA JONES ON NOVEMBER 1, 2023 (1) 58' HISENSE TV & (2) 43' HISENSE TV'S. BUT THE 43'S. WAS UNAVAILABLE AND REFUNDED BUT THE 58' HISENSE WAS DELIVERED TO SAID ADDRESS AND RETURN TO THE STORE OF IT'S ORIGIN BUT WALMART CHARGE MY CARD TWICE (A DISCOVER CARD), WHICH WAS LATER CORRECTED.

ON NOVEMBER 18, 2023. MS. RONONDA JONES CONTACTED ME, NOTIFYING ME THAT AN AGENT OF WAL-MART CONTACTED HER REGARDING THE 43' HISENSE TV THAT I PURCHASED PERSONALLY FROM WAL-MART GARDENDALE, AL

ON NOVEMBER 2, 2023. AND CONVEYED TO HER THAT THE 43' HISENSE TV THAT WAS PURCHASED BY ME & DELIVERED BY ME TO HER ADDRESS (HOME).

THE WAL-MART SAID TO MS. RONONDA JONES THAT IF SHE DIDN'T DELIVER THE 43' HISENSE TV THAT I PURCHASED FROM WAL-MART GARDENDALE, AL. ASAP. THAT LEGAL ACTIONS WOULD BE TAKEN AND POSSIBLE INCARCERATION. MS. JONES WAS SO FRIGHTEN BY THE CALL THAT SHE IMMEDIATELY RETURNED THE 43 HISENSE TV TO THE WAL-MART IN HOOVER ON ~~HIGHWAY~~ 150.

WHEN CONTACTED ME ON NOV. 18, 2023 SHE WAS ALREADY IN-STORE. BEING HARASSED BY THE MANAGEMENT STAFF THERE. SO

I SAID TO HER CALM DOWN, AND LET ME SPEAK TO SOMEONE. MS. JONES PUT LISA ON THE PHONE, WHICH WAS FROM LOST PREVENTION DEPT. LISA BEGIN EXPLAINING THE SITUATION ABOUT THE 43' HISENSE TV THAT I PURCHASED FROM GARDENDALE, AL STORE, AND SAID THAT THAT TV WAS REFUNDED AND MUST BE RETURNED BECAUSE IT WAS DELIVERED BY WALMART DELIVER. I DID MY BEST TO EXPLAIN TO LISA THAT THE TV THAT WAS BROUGHT IN BY MS. JONES WAS BOUGHT BY ME IN WALMART GARDENDALE, BUT TO NO AVAIL. LISA BEGIN TO OVER TALK ME SO CONVERSATION WENT NOWHERE.

THEY BEGIN THREATENING MS.
JONES WITH INCARCERATION IN
WALMART HOOVER. FRIGHTENING HER(2)
KIDS, (BREE JONES & AUBREE JONES)
MS. JONES WAS SO DISTURB MENTALLY
AND EMOTIONALLY THAT I SAID TO
HER OVER PHONE TO LEAVE THE TV
THERE AND LET THEM MAKE HER EX
PERIENCE ANY WORSE IN FRONT OF THE
KIDS. BUT BY THAT TIME THE KIDS
WERE CRYING, AND SO UPSET BECAUSE
THEY WERE THINKING THEY WERE ABOUT
TO CALL IN THE POLICE TO TAKE THERE
MOTHER TO JAIL BECAUSE HAD THREATEN
TO DO SO SEVERAL TIME DURING

THE CONVERSATION WITH MS. JONES.

I, IMMEDIATELY REROUTED MY DESTINATION TO THE WALMART I HOOVER OFF OF H'WAY 150, WHERE INCIDENT TOOK PLACE.

IN MY MIND AT THE TIME, WAS. WHEN I SHOWED THEM THE EVIDENCE OF PURCHASE THAT I WOULD BE LEAVING THE STORE WITH THE TV (43' HISENSE TV) AND AN APOLOGY.

I WALKED IN TO THE CUSTOMER SERVICE DESK, AND INTRODUCED MYSELF TO AN AGENT, LET THEM KNOW THE REASON FOR MY VISIT AND WANT TO SPEAK TO THE STORE MANAGER.

AFTER, LETTING HER KNOW I WANTED TO SPEAK TO THE STORE MANAGER, AND [redacted] TO NO ONE ELSE BECAUSE MY CONCERN AT THE TIME WAS TO ACCOMPLISH WHAT I CAME TO DO, WITH THE LEAST AMOUNT OF EXPOSURE AND CONFLICT. HOWEVER, THAT DID NOT HAPPEN. I WAS BOMBARDED BY SEVERAL FEMALE CUSTOMER SERVICE AGENT BEING VERY UNPROFESSIONAL, CONDESCENDING & LOUD BEING VERY AGGRESSIVE IN THEIR MOVEMENT AND LANGUAGE. I REPEATED TO THEM I JUST WANT TO SPEAK TO TO THE STORE MANAGER. THE MORE I ASKED FOR STORE MANAGER, THE MOST

AGGRESSIVE THAT GOT TOWARDS ME. FINALLY THEY LET ME KNOW THAT THE STORE MANAGER WAS ON THE WAY. WHILE WAITING, A YOUNG BLACK GIRL CAME UP, SPEAKING TO ME, SO I ASK HER TO PUT MY DISCOVER CARD INTO TO CARD MACHINE TO SEE IF THE TV (43' HISENSE TV) ON MY DISCOVER CARD, COINSIDED WITH THE TV THAT WAS LIFTED BY MS. JONES BECAUSE WAS STILL BEHIND THE DESK ONLY A FEW FEET AWAY FROM THE COUNTER. THE YOUNG LADY ASKED TO PUT MY DISCOVER CARD IN THE CARD MACHINE, TOOK THE HAND SCANNER, SCANNED THE TV THAT WAS IN QUESTION. AND SAID IT'S THE SAME TV THAT I PURCHASED IN

IN GARDENDALE AL, 16 DAYS PRIOR
I KEPT WONDERING, WHAT WAS TAKING
THE STORE MANAGER SO LONG. I RE-
ALIZED THAT I HAD BEEN WAITING OVER
30 MINUTES. AFTER I SAID THAT TO MY-
SELF ABOUT 10 MINUTES LATER I WAS
APPROACHED A WHITE FEMALE AND A WHITE
HOOVER POLICEMAN. AT THAT POINT I
BECAME ALARMING BY WHAT I WAS
WITNESSING THEY WERE MEAN WITH AN
ANGER LOOK ON THEIR FACES. THE STORE
MANAGER'S GREETING WERE VERY, VERY,
VERY COLD AND HATEFUL. I ASKED, WHY
THE POLICE. SHE REPLIED THAT SHE WAS
TOLD THAT WAS BEING VERY BELLIGERENT

CURSING HER EMPLOYEES OUT, AND BEING DISRUPTIVE. I REPLIED AND SAID TO HER THAT I'M A PEACEFULL INTELLIGENT, AND RESPECTFUL HUMAN BEING I SAID TO HER IS IT BECAUSE I'M A BLACK MAN, SHE REPLIED DON'T WORRY ABOUT THAT, AND NOR WILL I ANSWER THAT. SHE NEVER TO ME, NO SIR IT'S THAT YOU ARE A BLACK MAN.

BY THAT TIME I WAS SURROUNDER BY SEVERAL EMPLOYEE'S BY THE TIME WE GOT TO THE CUSTOMER SERVICE COUNTER. MANY CUSTOMERS NOW HAVE BECOME ON LOOKERS. I TURNED AROUND A LEAST ANOTHER HOOVER POLICE OFFICER WAS BEHIND ME VERY SCARY LOOKING

ABOUT, 6'4" FT. AND WEIGHING ABOUT
250-260 POUNDS. IN MY MIND, I
MIGHT DIE TODAY, FOR WANTING
A TV THAT IS RIGHTFULLY MINE.
I, THEN GATHERED MY COMPOSURE,
BEGIN CONVEYING TO THE STORE MANAGER, THAT
THERE'S A MISTAKE WITH THEIR INVESTIGA-
TION ON SAID TV, AND WANTED MY
TV IMMEDIATELY. I LET HER KNOWS THAT
ONE OF HER EMPLOYEES HAD ALREADY
CHECKED THE PURCHASE OF SAID TV AND
THAT IT'S ONE AND THE SAME TV
THAT MS JONES BOUGHT IN AND THE
SAME TV THAT WERE PURCHASED BY ME
AT THE GARDENDALE STORE.

THE SAME CUSTOMER SERVICE MANAGER
THAT HAD EMBARRASSED AND THREATENED
MS JONES IN FRONT OF HER 4 & 10
YRS OLD CHILDREN EARLIER WITH CALLING
THE POLICE TO TAKE HER TO JAIL IF
SHE DIDN'T LEAVE THE STORE, WITHOUT
THE SAID TV. WAS THE SAME PERSON
THE TOLD THE HOOVER POLICEMEN TO
ESCORT OUT OF THE STORE, THAT I AM
NOT TO COME BACK ON THE PROPERTY FOR
2 YRS. THAT WE ARE NOT GOING TO GIVE
HIM BACK THE TV (43' HISENSE TV) BECAUSE
THEIR NO WAY FOR US (WAL-MART) TO SHOW
PROOF OF PURCHASE, EVEN AFTER USING THE
SAME TECHNIQUE THE OTHER YOUNG LADY
USED EARLIER TO CONFIRM THAT THE TV ON

THE CARD IS THE SAME TV BEHIND THE COUNTER. THEY KNEW IT WAS WORKING AND I KNEW IT USED WORKING AFTER THAT I WAS TOLD TO LEAVE RIGHT NOW OFF OF THEIR PROPERTY, OR BE JAILED. SO I LEFTED THE STORE EMOTIONALLY AND MENTALLY SCARED. VERY EMBARRASSED. WITH A HEAVY HEART AND TEAR IN MY EYES, BECAUSE I'M PUBLIC FIGURE IN THIS ~~AREA~~ AREA. AND WERE PEOPLE WHISPERING THAT DR. MURPHY.

I DID NOTHING WRONG TO DESERVED THE EXPERIENCE THAT I RECEIVED AT WAL-MART HOOVER OFF OF H'WAY 150.

I'M ASKING THIS COURT TO CONSIDER AWARDING ME $1,000,000 (ONE MILLION DOLLARS) FOR UNLAWFULLY WITHHOLDING MY PROPERTY BECAUSE THEY DID NOT DO THEIR DUE DILIGENTS TO MAKE SURE THAT THE TV IN QUESTION WAS RIGHTFULLY THE PROPERTY OF WAL-MART, AND FOR THE EMOTIONAL, MENTAL & VERBAL ABUSE, AND FOR EMBARRASSMENT TO PERSON AND TO MY PUBLIC IMAGE.

I WANT TO THANK THIS COURT
IN ADVANCE FOR IT'S CONSIDERATION

DR. ARTIS W. MURPHY

[signature]

12/1/2023

1420 FINLEY AVE N
B'HAM, AL 35204

ARMSREACHMINISTRIES@GMAIL.COM

# HOOVER POLICE DEPARTMENT
## INCIDENT REPORT

CASE# 2023-00105715

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | LOCATION OF OCCURRENCE |
|---|---|---|
| 11/27/2023 09:21 | Civil Dispute | |

| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
|---|---|---|
| 11/11/2023 12:00 | 11/27/2023 09:00 | 100 MUNICIPAL LN HOOVER, AL |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|
| Adult Complainant | MURPHY, ARTIS WAYNE |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| 09/13/1962 | 61 | 1305 AVENUE L BIRMINGHAM, AL 35218 |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| Black | Male | 6'2" | 210 | Black | Brown |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| 4732962 / AL | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|
| | |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| | | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|
| | |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| | | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | | | |

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 12839 Cathers | 11/27/2023 | 12268 Wright | 11/27/2023 |

**HOOVER POLICE DEPARTMENT**
**INCIDENT REPORT** CASE# **2023-00105715**

**NARRATIVE**

On 11/27/2023, I, Ofc. Cathers responded to 100 Municiple Ln (Hoover City Hall) in reference to a Civil Dispute. Once on scene, I observed the following:

I made contact with Artis Murphy (AL 4732962) in the police lobby. Murphy stated he wanted a report filed due to the Walmart on John Hawkins Pkwy is withholding his property and allegedly threatened legal action against he and his girlfriend, Rolonda Jones . Murphy went on to explain that he ordered 3 TVs from Walmart and they were supposed to be delivered to his residence. He stated his girlfriend was present for the delivery of the TVs and soon after she received a call from Walmart telling her to return the TVs. When Murphy's girlfriend questioned the reasoning, Murphy stated a Walmart manager threatened "legal action" if she did not return the TVs. Murphy stated she returned the TVs and attempted to show where they had purchased them but, Walmart staff allegedly would not elaborate why Walmart does not view VISA transactions as proof of purchase. Murphy stated he attempted to do the same thing but was given the same result. Murphy is adamant that he paid for the TVs and has proof through his VISA. Murphy also alleged racial discrimination and intimidation by the Walmart employees, due to the employees threatening legal action against Murphy and his girlfriend in front of her kids. Murphy wanted a report for documentation purposes only.

Officers responded to the Walmart of John Hawkins Pkwy on 11/11/2023 in reference to this complaint, a report was not filed. The situation was similar to what Murphy stated. Murphy and Jones were asked to bring the TVs back and provide proof of purchase through a receipt, to which they could not produce. Walmart staff then asked them to leave the establishment and leave the TVs.

Murphy was given a case card and explained how to pick up a report.

CORRECTIONS- DISCOVERED CARD # END IN 0293
INCIDENT DATE: NOVEMBER, 18, 2023
NOT NOVEMBER 11, 2023

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 12839 Cathers | 11/27/2023 | 12268 Wright | 11/27/2023 |

ELECTRONICALLY FILED
12/1/2023 12:12 PM
01-CV-2023-904343.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

**State of Alabama**
**Unified Judicial System**
**Form C-34** **Rev. 7/2023**

# SUMMONS -CIVIL-

**IN THE** Circuit **COURT OF** Jefferson **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)* *(Name of County)*

Artis L. Murphy v. Wal-Mart
*[Name(s) of Plaintiff(s)]* *[Name(s) of Defendant(s)]*

**NOTICE TO:** Wal-Mart Inc. 702 SW 8th St, Bentonville AR 72716
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ______________________________, WHOSE
*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE: ______________________________
*Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN________ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of ____________ pursuant to the Alabama Rules of Civil Procedure.
*[Name(s)]*

______________ *(Date)* ______________ *(Signature of Clerk)* By: ______________ *(Name)*

☐ Certified Mail is hereby requested. ______________ *(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail was received in this Office on ______________.
*(Date)*

*Personal / Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to ______________ in ______________ County, Alabama on ______________.
*(First and Last Name of Person Served)* *(Name of County)* *(Date)*

Documents left:

☐ with above-named Defendant;
☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;
☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by ______________ in ______________ County, Alabama on ______________ who is:
*(First and Last Name of Person Served)* *(Name of County)* *(Date)*

☐ the above-named Defendant;
☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure.

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)* *(Server's Signature)* *(Physical Address of Designated Process Server)*

*(Official Title of Sheriff or Constable)* *(Server's Printed Name)* *(Telephone Number of Designated Process Server)*

*(Badge or Precinct Number of Sheriff or Constable)*

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 7/2023 | **SUMMONS<br>-CIVIL-** | **Court Case Number** |
|---|---|---|

**IN THE** Circuit **COURT OF** Jefferson **COUNTY, ALABAMA**
(Circuit, District, or Juvenile) (Name of County)

Artis W. Murphy v. Wal-Mart Inc.
[Name(s) of Plaintiff(s)] [Name(s) of Defendant(s)]

**NOTICE TO:** Wal-Mart Inc, 702 SW 8th St. Bentonville AR 72716
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ____________________, WHOSE
[Name(s) of Attorney(s)]

ADDRESS(ES) IS/ARE: ____________________
Address(es) of Plaintiff(s) or Attorney(s)]

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ________ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request below of ________ [Name(s)] pursuant to the Alabama Rules of Civil Procedure.

________ (Date) ________ (Signature of Clerk) By: ________ (Name)

☐ Certified Mail is hereby requested. ________ (Plaintiff's/Attorney's Signature)

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail was received in this Office on ________ (Date)

*Personal / Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to ________ (First and Last Name of Person Served) in ________ (Name of County) County, Alabama on ________ (Date).

Documents left:

☐ with above-named Defendant;
☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;
☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by ________ (First and Last Name of Person Served) in ________ (Name of County) County, Alabama on ________ (Date) who is:

☐ the above-named Defendant;
☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure.

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

________ (Type of Process Server) ________ (Server's Signature) ________ (Physical Address of Designated Process Server)

________ (Official Title of Sheriff or Constable) ________ (Server's Printed Name) ________ (Telephone Number of Designated Process Server)

________ (Badge or Precinct Number of Sheriff or Constable)

AlaFile E-Notice

01-CV-2023-904343.00

To: WAL-MART INC.
702 S.W. 8TH STREET
BENTONVILLE, AR, 72716

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ARTIS WAYNE MURPHY V. WAL-MART INC.
01-CV-2023-904343.00

The following complaint was FILED on 12/1/2023 12:24:50 PM

Notice Date: 12/1/2023 12:24:50 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

Preparing document for printing...
100%
Cancel

State of Alabama
Unified Judicial System
Form C-34 Rev. 7/2023

# SUMMONS
# - CIVIL -

**Court Case Number**
01-CV-2023-904343.00

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**ARTIS WAYNE MURPHY V. WAL-MART INC.**

**NOTICE TO:** WAL-MART INC., 702 S.W. 8TH STREET, BENTONVILLE, AR 72716
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
Artis Wayne Murphy ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1420 finley avenue, Birmingham, AL 35204 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of ARTIS WAYNE MURPHY *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

12/01/2023 *(Date)* — /s/ JACQUELINE ANDERSON SMITH *(Signature of Clerk)* — By: ______ *(Name)*

☑ Certified Mail is hereby requested. /s/ Artis Wayne Murphy
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on ______ *(Date)*.

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to ______ *(First and Last Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)*.

Document left:

☐ with above-named Defendant;
☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;
☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by ______ *(First and Last Name of Person Served)* in ______ *(Name of County)* County, Alabama on ______ *(Date)* who is:

☐ the above-named Defendant;
☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)* — *(Server's Signature)* — *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)* — *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)* — *(Telephone Number of Designated Process Server)*

Preparing document for printing...
100%
Cancel

# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
ARTIS WAYNE MURPHY V. WAL-MART INC.

01-CV-2023-904343.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $10.21

Parties to be served by Certified Mail - Return Receipt Requested

WAL-MART INC. Postage: $10.21
702 S.W. 8TH STREET
BENTONVILLE, AR 72716

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

DOCUMENT 6



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WAL-MART INC.
702 S.W. 8TH STREET
BENTONVILLE, AR 72716

9590 9402 7451 2055 1136 95

2. Article Number *(Transfer from service label)*

9589 0710 5270 0723 0671 65

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

cv-23-904343

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
all
all Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

9589 0710 5270 0723 0671 65

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
*Sent To*
*Street and Apt. No., or PO Box No.*
*City, State, ZIP+4®*

Postmark Here

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE T[illegible] SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WAL-MART INC.
702 S.W. 8TH STREET
BENTONVILLE, AR 72716

9590 9402 7451 2055 1136 95

2. Article Number *(Transfer from service label)*

9589 0710 5270 0723 0671 65

**[illegible]PLETE THIS SECTION ON DELIVERY**

A. Signature
X Cindy Poda[illegible] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Cindy Poda[illegible]

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DEC 12 2023

cv-23-904343

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- [illegible]ail
- [illegible]ail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 7451 2055 1136 95

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

DEC 19 2023

JACQUELINE ANDERSON SMITH
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

AlaFile E-Notice

01-CV-2023-904343.00

Judge: PAT BALLARD

To: MURPHY ARTIS WAYNE (PRO SE)
1420 FINLEY AVENUE
BIRMINGHAM, AL, 35204-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ARTIS WAYNE MURPHY V. WAL-MART INC.
01-CV-2023-904343.00

The following matter was served on 12/12/2023

**D001 WAL-MART INC.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

Preparing document for printing...

100%

Cancel